IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD JOSEPH CYCENAS,

    Plaintiff,

v.

KENNETH L. KUTZ, TRUDY SCHMIDT
and BURNETT COUNTY CIRCUIT
COURT,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-471-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____    10/20/10
Peter Oppeneer, Clerk of Court        Date